

**JOHN G. BALESTRIERE**
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
www.balestrierefariello.com

June 3, 2022

**VIA ECF**
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *James v. Port Authority Police Department, et al.*, Case No. 1-22-cv-02463-PGG

Judge Gardephe:

    I represent Plaintiff Trion James ("James") in the above-referenced action. I write to request an adjournment of the June 9, 2022, Initial Conference (Dkt. No. 3). Plaintiff requests that the Initial Conference is adjourned pending filing of Plaintiff's Amended Complaint, which will then by served upon Defendants Port Authority Police Department and the Port Authority of New York and New Jersey.

        Respectfully submitted,

        John G. Balestriere

cc:    Counsel of record (via ECF)

**Memo Endorsed:** The conference in this matter, currently scheduled for June 9, 2022, is adjourned to **July 28, 2022 at 12:15 p.m**.
Dated: June 8, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge