UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRION JAMES,

                Plaintiff,

- against -

PORT AUTHORITY POLICE DEPARTMENT, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendants.

**ORDER**

22 Civ. 2463 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there will be a conference in this matter on **Thursday, February 2, 2023, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         November 3, 2022

                                                      SO ORDERED.

                                                      _____
                                                      Paul G. Gardephe
                                                      United States District Judge