MB38JAMC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   TRION JAMES,

4                   Plaintiff,

5           v.                              22 Cv. 2463 (PGG)

6   PORT AUTHORITY POLICE DEPARTMENT,
    *et al.*,
7
                    Defendants.             Conference
8   ------------------------------x
9                                           New York, N.Y.
                                            November 3, 2022
10                                          11:15 a.m.

11  Before:

12                    HON. PAUL G. GARDEPHE,

13                                          District Judge

14                          APPEARANCES

15  BALESTRIERE FARIELLO
         Attorneys for Plaintiff
16  BY:  MANDEEP S. MINHAS

17  PORT AUTHORITY LAW DEPARTMENT
         Attorneys for Defendants
18  BY:  ANDREW K. RAFALAF

19

20

21

22

23

24

25

MB38JAMC

```
 1              (In open court; case called)
 2              THE DEPUTY CLERK:  Counsel for plaintiff, please state
 3    your appearance.
 4              MR. MINHAS:  Good morning, your Honor.  Mandeep Minhas
 5    for plaintiff, Trion James.
 6              THE DEPUTY CLERK:  Counsel for defendant, please state
 7    your appearance.
 8              MR. RAFALAF:  Andrew Rafalaf, from the Port Authority
 9    Law Department, on behalf of defendants.
10              THE COURT:  Good morning.
11              This is a case in which the plaintiff alleges claims
12    for employment discrimination and retaliation against the Port
13    Authority and two of its employees.
14              This is essentially a status conference to make sure
15    that discovery in the case is proceeding appropriately.  We
16    were last together on August 18, 2022.  I entered a case
17    management plan and scheduling order on August 29, 2022.  That
18    order provides for fact discovery to be completed by January
19    31, 2023.  And so given the rather lengthy discovery schedule
20    that I entered, I wanted to check in with the parties and make
21    sure that discovery is proceeding appropriately.
22              So from plaintiff's counsel's perspective, is
23    discovery proceeding properly?
24              MR. MINHAS:  Yes, your Honor.  The parties exchanged
25    initial interrogatories and document demands on September 8.
```

MB38JAMC

1   And the parties have also noticed depositions for mid-December.

2   However, after conferring with my colleague prior to the status

3   conference, we believe that we can actually get depositions

4   started in the next three weeks.  I had a trial that was

5   supposed to begin actually this week, but it was adjourned for

6   the beginning of January.  And so my availability to begin

7   depositions and complete at least three of them I think is very

8   likely this month.

9           THE COURT:  Is there anything defense counsel wishes

10  to add?

11          MR. RAFALAF:  Only that I don't know if you saw this

12  morning, but counsel finally filed a protective stipulation to

13  be so ordered by your Honor, which is good because the Port

14  Authority has already produced about 900 pages of documents.

15  There is a last tranche of documents which are sensitive,

16  understandably.  And, of course, there are going to be

17  sensitive documents regarding Mr. James.  So we entered into

18  that and hopefully that will allow for more fruitful production

19  going forward.

20          THE COURT:  Yes.  I have your proposed protective

21  order in front of me and it is my intention to sign it later

22  today.  So it will be up on the docket later today.

23          MR. RAFALAF:  I just want to add that we will be

24  sending plaintiff's counsel a deficiency letter regarding

25  document discovery responses and interrogatories, but nothing

MB38JAMC

1    that I think we need to belabor the Court with today.

2              THE COURT:  When I saw you back in August, I did tell

3    you that I would raise the issue of settlement at today's

4    conference.  Have there been any settlement discussions since

5    we last spoke back in August?

6              MR. MINHAS:  Your Honor, I raised settlement with

7    opposing counsel yesterday.  However, although plaintiffs are

8    always interested in discussing settlement, we believe it is

9    too early right now given the phase in discovery.  I think with

10   the depositions complete later this month, at least for

11   plaintiffs, I think we will be in a better position to discuss

12   settlement before we appear before your Honor next time.

13             THE COURT:  Is there anything that defense counsel

14   wishes to add on that point?

15             MR. RAFALAF:  Nothing, your Honor.

16             Just one matter.  We had submitted a HIPAA

17   authorization to plaintiff's one identified physician, a

18   psychologist.  We did that in August.  Despite following up, we

19   have not received the medical records.  Now I called personally

20   and was told the psychiatrist is out of the office from

21   November 1 to November 14.  So I was just wondering if

22   plaintiff can just give us the medical records in their

23   possession so that we can have them prior to the deposition.

24             THE COURT:  Is there a request for emotional damages

25   here?

MB38JAMC

1        MR. MINHAS:  There is, your Honor, yes.

2        THE COURT:  It does seem like this issue needs to be

3    resolved, and it needs to be resolved before the depositions so

4    that we can get everything done at one time.  So do you have

5    the medical records that defense counsel is seeking?

6        MR. MINHAS:  I have to ask my client, but I see no

7    issue with obtaining the medical records from the psychiatrist

8    that opposing counsel just mentioned.

9        THE COURT:  I will assume you will get those records

10   and give them to defense counsel so that he has them in time to

11   review them and so that the plaintiff's deposition can proceed

12   without any delay.

13       MR. MINHAS:  Yes, your Honor.  As early as possible I

14   will obtain those medical records, and internally I will try to

15   plan to get them at least by next Wednesday.  I can work with

16   my client as early as today on those.

17       THE COURT:  I am going to schedule a conference for

18   soon after the discovery deadline.  So I am going to put it

19   down for a conference February 2, 2023, at 10 a.m.

20           Is there anything else on behalf of plaintiff?

21       MR. MINHAS:  Nothing from plaintiff, your Honor.

22       THE COURT:  Anything else on behalf of defendant?

23       MR. RAFALAF:  No.  Thank you, your Honor.

24       THE COURT:  Thank you both.  Have a good day.

25           (Adjourned)