UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRION JAMES,

                Plaintiff,

- against -

PORT AUTHORITY POLICE DEPARTMENT, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendants.

**ORDER**

22 Civ. 2463 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the fact discovery deadline is extended to **March 31, 2023**. Any party seeking to file a dispositive motion will submit a letter in accordance with the Court's Individual Rules of Practice by **April 7, 2023**. Any opposition letters are due by **April 14, 2023**.

Dated: New York, New York
         February 2, 2023

                                            SO ORDERED.

                                            Paul G. Gardephe
                                            United States District Judge