UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRION JAMES,

                Plaintiff,

- against -

PORT AUTHORITY POLICE DEPARTMENT, PORT AUTHORITY OF NEW YORK AND NEW JERSEY, EDWARD CETNAR, in his official capacity, CHRISTOPHER MCNERNEY, in his official capacity, and DOES 1-5,

                Defendants.

**ORDER**

22 Civ. 2463 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this matter presently scheduled for April 27, 2023 is adjourned to **May 18, 2023, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 26, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge