*Trion James v. Port Authority Police Department, Port Authority of New York and New Jersey, Edward Cetnar (in his official capacity), Christopher McNerney (in his official capacity), and Does 1-5*
*Civil No.: 1:22-cv-02463-PGG*

# EXHIBIT E

CONFIDENTIAL

**From:** Miller, Brian
**Sent:** Wednesday, June 2, 2021 10:08 AM
**To:** James, Trion
**Subject:** 2021 Detective Sergeant Evaluation Results

PAPD Police Detective Sergeant Candidate **Trion James,**

Thank you for participating in the 2021 Police Detective Sergeant Evaluation Process. Per the most recent Detective Sergeant bulletin, there are four (4) main criteria that contribute to your Promotion Review Board results. They are:

- Promotional Development Appraisal Ratings;
- Attendance History and Patterns;
- Derogatory Incidents History (including number, nature and history of disciplines; Civilian Complaints; Internal Affairs investigations/sustained charges)
- Qualifications Review Meeting (QRM)

There were six questions that made up the 2021 Detective Sergeant QRM – the competitive screening process in the 2021 Detective Sergeant bulletin included the three performance standards and the ratings necessary to achieve each standard, as set forth below:

**Qualifications Review Meeting**
6 Questions/5 Point Rating Scale, with 5 Highest Rating and 1 Lowest Rating:

**Exceptional** = 3+ Ratings of 4 or 5 no more than 2 ratings of 3

**Qualified** = No more than 3 ratings of 3 and no more than 1 rating of 1 or 2

**Needs Development** = Two ratings of 1 or 2 OR 4+ ratings of 3 or less

Your ratings for the questions on the 2021 Detective Sergeant QRM are listed below:

| Rating Element | Rating |
|---|---|
| Q1. Professional Qualifications | 3 |
| Q2: Leadership | 4 |
| Q3: Grand Larceny | 2 |
| Q4: Missing Person Incidents | 2 |
| Q5: Mutual Aid/Apprehension | 5 |
| Q6: Assault Investigation | 3 |

1

PA000963

Your 2021 Detective Sergeant Qualifications Review Meeting result: **Needs Development**

According to the 2021 Detective Sergeant bulletin, QRM results are combined with your results on the other three (3) criteria to determine your overall eligibility for promotion to Detective Sergeant. Evaluation criteria is set forth below:

| Overall Recommendation |
| --- |
| **Highly Recommended** = No more than 1 Qualified rating (the rest Exceptional) |
| **Recommended** = No more than 2 Qualified ratings (the rest Exceptional) |
| **Not Recommended** = 1 or more rating of Needs Development or 3 or more Qualified ratings |

Your results on each of the factors are below:

Attendance: **Exceptional**(Scale: Exceptional, Qualified, Needs Development)
Derogatory Incidents: **Exceptional** (Scale: Exceptional, Qualified, Needs Development)
Promotability Appraisal: **Exceptional** (Scale: Exceptional, Qualified, Needs Development)
QRM: **Needs Development**(Scale: Exceptional, Qualified, Needs Development)

Based on the above, your status on the 2021 Police Detective Sergeant Evaluation is:
**Not Recommended**

Unfortunately, your performance on the process did not reach the level needed to be recommended for promotion by the Promotion Review Board. Therefore, you are not eligible for consideration for this job title at this time.

**From:** James, Trion <tjames@panynj.gov>
**Sent:** Wednesday, June 2, 2021 2:59 AM
**To:** Ford, Michael <mford@panynj.gov>
**Cc:** Miller, Brian <bkmiller@panynj.gov>
**Subject:** Detective Sergeant Evaluation

Sir,
In regards to my QRM for Detective Sergeant, I have yet to receive a response from the Promotion Review Board. I've checked my "spam", "Junk" and all other folders it might have been sent to with negative results. Any assistance in this matter would be greatly Appreciated.
Regards,
Trion K. James Employee #: 44239
Sergeant
WTC Command

PA000964