*Trion James v. Port Authority Police Department, Port Authority of New York and New Jersey, Edward Cetnar (in his official capacity), Christopher McNerney (in his official capacity), and Does 1-5*
*Civil No.: 1:22-cv-02463-PGG*

# EXHIBIT J

ORIGINAL

Page 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
TRION JAMES,

       Plaintiff,

  -against-

       Case NO.:
       1:22-cv-02463

PORT AUTHORITY POLICE DEPARTMENT, PORT
AUTHORITY OF NEW YORK AND NEW JERSEY, EDWARD
CETNAR (HIS OFFICIAL CAPACITY), CHRISTOPHER
MCNERNEY (IN HIS OFFICIAL CAPACITY), AND
DOES 1 - 5

       Defendants.
------------------------------------------X

    Port Authority of NY and NJ
    4 World Trade Center, 150 Greenwich Street
    New York, New York
    DATE:A December 7, 2022
    TIME:

  DEPOSITION of TRION JAMES, the Plaintiff herein, taken by the Defendant, pursuant to Article 31 of the Civil Practice Law & Rules of Testimony, held at the above-mentioned time and place, before GABRIELLA TUTINO, a Stenographic Reporter and Notary Public of the State of New York.



MAGNA
LEGAL SERVICES

```
                                                    Page 2
 1      A P P E A R A N C E S
 2
 3   BALESTRIERE FARIELLO
     Attorney for Plaintiff
 4   225 Broadway, 29th Floor
     New York, NY 10007
 5   212-374-5401
     BY: JOHN G. BALESTRIERE, ESQ
 6   E-MAIL: JOHN.BALESTRIERE@BALESTRIEREFARIELLO.COM
 7
 8   PORT AUTHORITY LAW DEPARTMENT
     Attorneys for Defendants
 9   4 World Trade Center, 150 Greenwich Street
     New York, NY 10007
10   212-435-3568
     BY: MEGAN LEE, ESQ.
11   BY: ANDREW RAFALAF, ESQ.
     E-MAIL: MLEE@PANYNJ.GOV
12
     ALSO PRESENT:
13
     Sophie Saydah, Balestriere Fariello, Paralegal
14
15
16
17
18
19
20
21
22
23
24
25
```



```
                                                    Page 117
 1        A. Yes. It was several weeks prior to this date.
 2        Q. Did you have to take a written test to be a detective
 3   sergeant?
 4        A. No.
 5             (Whereupon, an announcement was marked as
 6        Defendant's Exhibit H for Identification.)
 7        Q. Handing you what's marked as Exhibit H for
 8   identification which for the record is a promotional
 9   opportunity announcement for detective sergeant dated
10   March 16, 2021. It has Bates-stamp number James 000003
11   through 9?
12        A. Yes.
13        Q. Do you recognize that document?
14             MR. BALESTRIERE: Take your time and look
15        through it please.
16        A. I recognize this document.
17        Q. Is that the promotional opportunity announcement for
18   detective sergeant that you applied for sometime after
19   March 16, 2021?
20        A. Yes. So it came out on March 16, 2021. And I had to
21   submit my, the things they wanted before March 31st, so yes
22   March 31.
23        Q. So you saw this announcement and responded to it;
24   correct?
25        A. Yes.
```



Page 134

```
1       A. I don't know, I don't remember.
2       Q. Have you spoken to Meyer since this incident in 2009?
3       A. Yes.
4       Q. When was the last time you spoke to him?
5       A. I don't remember.
6       Q. Was it within the last year?
7       A. No.
8       Q. Was it within the last five years?
9       A. No.
10      Q. Did you ever speak with him about this incident?
11      A. I don't believe so, no.
12      Q. Same with him, he never tried to speak to you about
13  the incident?
14      A. No, he didn't. Never tried to speak to me about the
15  incident.
16      Q. You said with McNerney you had never, you didn't know
17  him before this incident?
18      A. We worked at the same command. But I did not know
19  him.
20      Q. Have you worked with him since?
21      A. In what capacity.
22      Q. In any capacity?
23      A. No.
24      Q. Did you every speak with him after this incident about
25  the incident?
```



Page 135

1   A. No.

2   Q. Did he ever attempt to speak with you about the
3   incident after the incident?

4   A. Yes.

5   Q. When?

6   A. He left a voicemail, I'm sorry, what am I saying, when
7   you call and leave a message, an oral message, a voicemail,
8   right. He left me a voicemail at approximately 7:00 the
9   following morning.

10  Q. What did he say in the voicemail?

11  A. Can't quote verbatim but, he said words to the effect
12  of, Trion this is Chris. I didn't know who it was because we
13  don't have each others number, I didn't know who Chris was.
14  And he said, I'd like to talk to you about last night.

15  Q. Anything else?

16  A. Meaning.

17  Q. Did he say anything else in the voicemail?

18  A. No, as a said to the best of my recollection he might
19  have, that's all I recall.

20  Q. Did you call him back?

21  A. No, I did not.

22  Q. He left this voicemail on your work cell or your
23  personal cell?

24  A. My personal cell.

25  Q. Do you know how he had your personal cell phone



Page 138

1       please rephrase the question.
2       Q. When you were transferred to JFK in 2022, is it your
3  belief that McNerney was involved in that transfer?
4       A. Absolutely.
5       Q. You also believe that McNerney was involved in you not
6  being promoted to detective sergeant in 2021?
7       A. Yes.
8       Q. Is it your belief that he was involved, that he did
9  both those things because of your involvement in what happened
10 between in 2009 between McNerney and Meyer?
11      A. As I said that was half of it.
12      Q. What's the other half?
13      A. The testimony I gave at PIU, that's the other half.
14      Q. But the testimony that you gave to PIU involved the
15 2009 incident; correct?
16      A. Yes.
17      Q. When were you first questioned about the incident that
18 happened in 2009 between McNerney and Meyer?
19      A. Whatever the date says on the notice to appear at 5:00
20 in the morning. May 18, 2021, at 0500 hours.
21      Q. So, tell me what you saw in 2009 with McNerney and
22 Meyer?
23      A. At what point, be more specific.
24      Q. At this Christmas party that you said was in Hoboken
25 in 2009. You said McNerney viciously attacked Meyer at a bar?



1    A. Yes.

2    Q. What did you observe?

3    A. McNerney viciously slapped Meyer in the face.

4    Q. Anything else?

5    A. Yes.

6    Q. What else did you see?

7    A. I saw an hour later, approximately, I saw McNerney
8    punch Anthony Meyer with a closed fist twice.

9    Q. Punch him where?

10   A. The first punch, I'm not sure which eye but it was to
11   one of his eyes. The second punch was to his mouth.

12   Q. Did Meyer do anything that you saw?

13           MR. BALESTRIERE: Objection, vague but
14       answer if you're able.

15   A. You mean, when, like.

16   Q. Did you see Mey take any action towards McNerney?

17   A. Before or after.

18   Q. Anytime?

19   A. After Meyer was punched the first time, he held his
20   face, the part that was punched, his eye, and he slowly
21   started, slowly started to look down to his knees. While he
22   was still in a standing position going down, McNerney punched
23   him in the mouth and that's when I noticed that his eye and
24   his mouth had exploded. Meyer then continued down to the
25   ground into almost a fetal position.



Page 140

1  Q. When you say his mouth and eye exploded, what do you
2  mean?
3  A. Blood everywhere.
4  Q. What did you do?
5  A. Pushed McNerney away from Meyer.
6  Q. How did you do that?
7  A. With my palms open.
8  Q. What part of McNerney's body did you push away?
9  A. Shoulder and chest, slightly pushed him.
10 Q. Were you in front of him or behind him?
11 A. We were, he was facing Meyer. Meyer was standing to my
12 left and abreast.
13 Q. So McNerney was also facing you?
14 A. Yes.
15 Q. So you never told anyone that you hit McNerney from
16 behind; correct?
17 A. I never told anyone I hit McNerney from behind, no.
18 Q. After McNerney hit Meyer in the face and Meyer was
19 going to the ground, did he take any other action toward
20 Meyer?
21 A. As Meyer was going down to the ground, McNerney was
22 going to strike him again. That is why I pushed him to get his
23 attention.
24 Q. When you say he was going to strike him again, how do
25 you know that?



Page 141

1  A. He was, he had a clenched fist and he was in an
2  aggressive fighting stance and he recalled his arm with a
3  clenched fist to punch Meyer again.
4  Q. Did McNerney attempt to hit you?
5  A. That's, no that's when I took action.
6  Q. That's when you took what?
7  A. Police action.
8  Q. What did you do?
9  A. To stop the vicious attacked, as a said I shoved
10 McNerney to get his attention so he would look to me and not
11 at Meyer. He clenched his fist towards me and I struck
12 McNerney.
13 Q. Where did you strike him?
14 A. I struck McNerney closed fist to the face.
15 Q. Where?
16       MR. RAFALAF: What part of the face?
17 A. The first punch was to his forehead.
18 Q. Where was the next punch?
19 A. To his, to the right side of his face.
20 Q. Did you punch him again?
21 A. No.
22 Q. Did you take any other physical action toward McNerney
23 at that point?
24 A. At that point I was, at that point I was grabbed my
25 another officer.



```
                                                             Page 142
 1       Q. Who?
 2       A. I don't remember.
 3       Q. When you -- did McNerney attempt to punch you?
 4       A. After I punched McNerney he was incapacitated.
 5       Q. Was he on the ground as well?
 6       A. As well as who.
 7       Q. You said Meyer was on the ground; right?
 8       A. Yes.
 9       Q. Was McNerney, did he also go to the ground after you
10   punched him twice?
11       A. Yes, he did.
12       Q. Was he bleeding?
13       A. No.
14       Q. Did you see Meyer throw any punches or take any
15   physical action toward McNerney that evening?
16       A. No.
17       Q. So other than McNerney and yourself, did anyone else
18   get involved in throwing punches that evening?
19       A. No.
20       Q. Do you know whether McNerney had been drinking that
21   evening?
22       A. Yes, he was.
23       Q. How would you describe his physical state? Do you
24   think he was intoxicated?
25       A. Extremely inebriated, yes.
```

