*Trion James v. Port Authority Police Department, Port Authority of New York and New Jersey, Edward Cetnar (in his official capacity), Christopher McNerney (in his official capacity), and Does 1-5*
*Civil No.: 1:22-cv-02463-PGG*

# EXHIBIT K

# THE PORT AUTHORITY OF NY & NJ

## PERSONNEL ORDER



| To: | ALL COMMANDING OFFICERS | |
|---|---|---|
| Issuing Authority: | Edward T. Cetnar, Superintendent of Police | Date Issued: 10/25/21 |
| Order No: | 2021-PO-98 | Date Revised: |
| Subject: | **REASSIGNMENT/TRANSFER POLICE PERSONNEL** | Page(s): 2 |

Copy To:  J. Bilich, M. Baba, R. Clyburn, K. Connelly, M. Coyne, S. D'Alessandro, R. Darcy, J. Davitt, M. DiMaggio, K. Fabiano, J. Lim Griggs, J. Marino, C. McNerney, T. Mettle, C. Mincieli, S. Ortiz, W. Puleo, D. Rakas, P. Sanchez-Gonzalez, M. Serrano-Adorno, M. Turi, L. Yip, DEA, LBA, PBA, SBA, File

Effective *Tuesday, October 26, 2021* the following member of the force will be *transferred* as indicated below:

**FROM:**                                **TO:**

*WORLD TRADE CENTER*                     *JOHN F. KENNEDY INT'L AIRPORT*
Sergeant Trion K. James


Edward T. Cetnar
Superintendent of Police
Director, Public Safety Department

## TRANSFERS

The losing unit is to promptly initiate the Transferred Employee Data Sheet, PA 1904, and after signature by the Commanding Officer is to be processed as follow:

> Original to Police Personnel Records Section
> Copy to employee's personal folder, and
> Copy to facility file

By copy of this memorandum, the timekeeper at the gaining unit is directed to revise the Task Profile for the transferred employee to reflect their new location.

In addition, the losing unit is to include all originals of the Time and Labor Summary Report and 616b (if available), in the employee's personal folder and forward to the gaining units Commanding Officer. The losing unit is to keep copies of the 616's and other time records in its files.

| DATE | NAME | EMPL | RANGE | FROM | TO |
|---|---|---|---|---|---|
| 10/26/21 | Trion K. James | 44239 | C-64 | WTC/822-0 | JFK/642-0 |