*Trion James v. Port Authority Police Department, Port Authority of New York and New Jersey, Edward Cetnar (in his official capacity), Christopher McNerney (in his official capacity), and Does 1-5*
*Civil No.: 1:22-cv-02463-PGG*

# EXHIBIT N

**In the Matter Of:**

JAMES vs PORT AUTHORITY POLICE DEPT.

1:22-cv-02463-PGG

**JACKSON STURKEY**

*March 22, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1

 2     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 3     -----------------------------------------X
       TRION JAMES,
 4
                              PLAINTIFF,
 5

 6          -against-     Case No.:

 7                        1:22-cv-02463-PGG

 8
       PORT AUTHORITY POLICE DEPARTMENT, PORT
 9     AUTHORITY OF NEW YORK AND NEW JERSEY,
       EDWARD CETNAR (in his official capacity),
10     CHRISTOPHER MCNERNEY (in his official
       capacity), and DOES 1-5,
11
                              DEFENDANTS.
12     -----------------------------------------X

13

14                 DATE:  March 22, 2023

15                 TIME:  11:19 A.M.

16

17

18          DEPOSITION of a non-party

19     witness, JACKSON STURKEY, taken by the

20     Respective Parties, pursuant to Subpoena

21     and to the Federal Rules of Civil

22     Procedure, held at the offices of

23     BALESTRIERE FARIELLO, 225 Broadway, New

24     York, New York 10007, before Dione Woods, a

25     Notary Public of the State of New York.
```



1

2    A P P E A R A N C E S :

3

4    BALESTRIERE FARIELLO
        Attorneys for the Plaintiff
5    TRION JAMES
        225 Broadway
6    New York, New York 10007
        BY:  RUTH CHUNG, ESQ.
7           Of Counsel

8

9    THE PORT AUTHORITY OF NEW YORK AND NEW
     JERSEY
10      Attorneys for the Defendant
        PORT AUTHORITY POLICE DEPARTMENT, PORT
11   AUTHORITY OF NEW YORK AND NEW JERSEY
        4 World Trade Center
12   New York, New York 10006
        BY:  MEGAN LEE, ESQ. and
13          ANDREW RAFALAF, ESQ.

14

15

16              *           *           *
17

18

19

20

21

22

23

24

25



1

2     F E D E R A L   S T I P U L A T I O N S

3

4

5     IT IS HEREBY STIPULATED AND AGREED by and

6     between the counsel for the respective

7     parties herein that the sealing, filing and

8     certification of the within deposition be

9     waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an

14    unsigned copy of the deposition may be used

15    with the same force and effect as if signed

16    by the witness, 30 days after service of

17    the original & 1 copy of same upon counsel

18    for the witness.

19

20    IT IS FURTHER STIPULATED AND AGREED that

21    all objections except as to form, are

22    reserved to the time of trial.

23

24         *     *     *     *

25



```
1                      J. STURKEY
2     J A C K S O N   S T U R K E Y, called as a
3     witness, having been first duly sworn by a
4     Notary Public of the State of New York, was
5     examined and testified as follows:
6     EXAMINATION BY
7     MS. CHUNG:
8          Q.    Please state your name for the
9     record.
10         A.    Jackson Sturkey.
11         Q.    What is your address?
12         A.    317 Van Siclen Avenue,
13    Brooklyn, New York 11207.
14         Q.    Hi, Mr. Sturkey.  My name is
15    Ruth Chung and I'm the attorney, of Counsel
16    for the case you're here for today.  I have
17    to ask you a few questions.  One, are you
18    talking any medications or do you have any
19    other medical condition that may affect
20    your ability to read documents that may be
21    shown to you during the course of the
22    deposition?
23         A.    No.
24         Q.    I'm gonna ask you a couple of
25    questions.  Please make sure you listen
```



```
1                    J. STURKEY
2    carefully respond afterwards, only after I
3    have finished the question.  If we don't
4    wait for one another's full /WAELTD the
5    court reporter cannot record it properly
6    into the record, okay?
7         A.    (Indicating.)
8         Q.    You have to answer, verbally.
9         A.    Yes.
10        Q.    When you answer a question your
11   answers have to be verbal and cannot be
12   nonverbal such as head nods or shakes.  You
13   have to say your answer verbally so that it
14   can be recorded on the record.
15        A.    I understand.
16        Q.    When I ask you questions I
17   would like your current recollection, I do
18   not want you to guess.  If you do not
19   understand a question, please let me know
20   and I will try to rephrase it differently
21   so that you understand what I've asked,
22   okay?
23        A.    Okay.
24        Q.    If you need a break at anytime
25   just ask and you can have one.  I just ask
```



|    | J. STURKEY |
| --- | --- |
| 1 | J. STURKEY |
| 2 | that if there is a question pending before |
| 3 | you that you answer the question before you |
| 4 | take a break; does that make sense? |
| 5 | A.    Yes. |
| 6 | Q.    Mr. Sturkey, how many times |
| 7 | have you been deposed before? |
| 8 | A.    This is the first time. |
| 9 | Q.    Have you ever testified before? |
| 10 | A.    No, I have not. |
| 11 | Q.    Did you prepare for today's |
| 12 | deposition? |
| 13 | A.    No. |
| 14 | Q.    What is your highest level of |
| 15 | education? |
| 16 | A.    I have a Bachelor's degree in |
| 17 | musical theatre performance from Penn State |
| 18 | University. |
| 19 | Q.    Are you pursuing any education |
| 20 | now? |
| 21 | A.    No. |
| 22 | Q.    Where do you currently work? |
| 23 | A.    I'm working at the One World |
| 24 | observatory.  I am a observatory |
| 25 | ambassador. |



```
 1                    J. STURKEY
 2        Q.    How long have you been in this
 3   position?
 4        A.    I been in this position, I
 5   believe, since May of 2021.
 6        Q.    Did there come a time that you
 7   worked anywhere else in the year 2021?
 8        A.    Yes, before that I was working
 9   as a host at ONE Dine.
10        Q.    In October of 2021, where would
11   you say you were working?
12        A.    I been working as a host at ONE
13   Dine which is the restaurant at the One
14   World Observatory.
15        Q.    Do you recall anything from
16   October 21, 2021?
17        A.    I do.
18        Q.    What do you recall?
19        A.    There was an incident that
20   happened where a customer was passed the
21   time that they had for the reservation.
22   They called and I let them know that I
23   could move the reservation to another day,
24   but there was no entry at that point
25   because security had closed.
```



```
 1                    J. STURKEY
 2              And then, beyond that, it would
 3    just be what I heard, but nothing else that
 4    I witnessed.
 5         Q.    When you spoke to the guest,
 6    how did you speak to the guest?
 7              MR. RAFALAF:  Objection.
 8         A.    They called the restaurant.
 9         Q.    Is it fair to say that you
10    spoke to the guest on the phone?
11         A.    Yes.
12         Q.    What, if anything, did the
13    guest respond to you?
14         A.    Um, when they called they said
15    they were going to be late for the
16    reservation, but by the time they called,
17    they were already late.  We have a 15
18    minute grace period when it comes to
19    reservations.
20              So, they had called at least
21    half an hour, maybe, 40 minutes after the
22    reservation time.  I was able to pull up
23    their reservation and let them know they
24    could move it to another day.  There aren't
25    any charges or fees for anything like that.
```



JACKSON STURKEY                                     March 22, 2023
JAMES vs PORT AUTHORITY POLICE DEPT.                          9

```
1                    J. STURKEY
2              Um, and then they -- and I let
3    them know that once security closes
4    downstairs there's no more entry for the
5    restaurant or the observatory.  And then
6    they said that they worked with the police
7    department at Port Authority and I let them
8    know, you know, once security closes
9    there's no getting in.
10             They became -- they said to me
11   that they would be able to get in and then
12   they were sort of dismissive of what I had
13   said to them previously and they ended up
14   hanging up on me and there was nothing
15   further that I could do for them.
16        Q.    Is there anything else you
17   would like to tell me about that day?
18        A.    No, it was kind of a
19   self-contained thing just at the end of my
20   day.
21             MS. CHUNG:  I think that's all
22        I have.
23             MR. RAFALAF:  Okay.  Take five
24        minutes.
25             (Whereupon, a short recess was
```



```
 1                     J. STURKEY
 2          taken.)
 3    EXAMINATION BY
 4    MR. RAFALAF:
 5          Q.     Good morning.  My name is
 6    Andrew Rafalaf.
 7          A.     Good morning.
 8          Q.     I am an attorney with the Port
 9    Authority law department and I'm
10    representing the Port Authority together
11    with Defendants in this matter.  Just to
12    confirm, when you respond to my questions
13    please do so audibly so that the court
14    reporter can hear you.  And, if there's
15    anything you don't understand, please let
16    me know.
17               If there's a question that you
18    don't really understand let me know and
19    I'll rephrase it.
20          A.     Understood.
21          Q.     Before today have you met with
22    any lawyers at this law firm?
23          A.     Yes.  Yeah.  I was -- I
24    Subpoenaed to come in, I believe, last
25    Friday at 2:00 P.M.  I didn't realize that
```



| 1 | J. STURKEY |
|---|---|

 1                        J. STURKEY

 2   I was -- when I received the Subpoena I

 3   didn't follow up, like, with a phone call

 4   or e-mail or anything.  I just showed up.

 5   Because this was the first time that this

 6   happened.  So, I wasn't sure, you know,

 7   what the process was.  So, I'm not -- I

 8   briefly met with a lawyer at this firm,

 9   previously.

10        Q.    Do you know the lawyer that you

11   met with here?

12        A.    This is who I met with.  I'm

13   sorry.

14             MR. RAFALAF:  Let the record

15        reflect that the deponent is pointing

16        to Ms. Ruth Chung.  Plaintiff's

17        Counsel.

18        Q.    How long did you meet with Ms.

19   Chung?

20        A.    Less than 30 minutes.

21        Q.    Just so I understand correctly.

22   You came to the office in response to the

23   Subpoena you received; is that correct?

24        A.    Yes.

25        Q.    Ms. Chung did not call you



```
 1                    J. STURKEY
 2   beforehand or seek to speak to you?
 3        A.    No.
 4        Q.    What did you discuss with Ms.
 5   Chung when you were here for less than 30
 6   minutes?
 7        A.    Um, well the first thing that
 8   she made clear was that she is not my legal
 9   Counsel and then we covered, essentially,
10   what we covered right now.  I talked a
11   little bit more in depth about the
12   operation, the reason that I -- I was not
13   sure what the -- I wasn't sure why I was
14   getting -- I wasn't sure why I was
15   Subpoenaed.  The only reason I remember
16   today, October 2021, was because of that
17   previous conversation I hadn't thought of
18   it subsequently.
19        Q.    Other than that fact, the date,
20   are there any other fact that you had
21   previously forgotten but reminded of during
22   your meeting with Ms. Chung?
23        A.    Yes, I was reminded that I had
24   been interviewed by Port Authority police
25   after the incident.  So, there was a -- I
```



```
 1              J. STURKEY

 2   had given them a statement after the

 3   incident took place.  Um, and just also the

 4   incident itself taking place, I believe.  I

 5   just haven't thought about.  It happened,

 6   like, two years ago.

 7              You know, working in a

 8   restaurant you deal with lots of customers

 9   and then because of where the restaurant

10   is, you know, there is someone who comes in

11   from Paris, Texas, Japan and if you're

12   late.  You're late.

13              So, you know, you deal with a

14   lot of customers who are upset.  It's just

15   sort innocuous of being another incident

16   that fell under that category.

17       Q.    So, the Plaintiff here,

18   Sergeant Trion James, was another one of

19   those irate customers, correct?

20       A.    Yes.

21       Q.    I just want to confirm that in

22   your testimony earlier and in your

23   discussion with Ms. Chung earlier today,

24   the incident that we're discussing on

25   October 21st of 2021, do you know who the
```



1                    J. STURKEY

2       guest customer was who became irate on that

3       day?

4            A.    I only -- only as a customer.

5       Like, you know, so we book all of our

6       reservation through OpenTable.com and that

7       would just be only under whoever's name.

8       And so, I know the first name Trion James

9       but I don't know him outside of that day.

10      That's the only interaction I had with him

11      was on that day except either the day after

12      or two days after he booked another

13      reservation.

14                  And, when he booked his second

15      reservation, either the day after or two

16      days after, I brought it to the attention

17      of my management and it was brought to the

18      attention of whoever the security manager

19      was on duty.  Just because I was aware that

20      there had been whatever incident

21      downstairs.  Because when it comes to the

22      restaurant I'm on the 102nd floor and so,

23      working as a host, I don't have

24      interactions with those who are entering

25      outside of my responsibility and so -- so



```
1                    J. STURKEY
2    then, yeah.
3               The second -- subsequently,
4    when he booked the reservation again and it
5    was brought to my attention because I had
6    been told by the security managers that he
7    had been banned from the building.
8         Q.    Do you know if any action was
9    taken with regards to this second
10   reservation booked by Mr. Trion James --
11   Sergeant Trion James?
12        A.    I think he was just contacted
13   to know that he wasn't allowed in the
14   building.
15        Q.    Do you know who contacted him?
16        A.    It would have been one of the
17   security managers on duty.
18        Q.    Okay.  Are you aware of any
19   action that was taken after you notified
20   your supervisors of Sergeant James' second
21   reservation?
22        A.    Um, no.  No.
23        Q.    Okay.  I'm going to hand a
24   document to you which we will mark as M.
25               (Whereupon, transcript was
```



```
 1                     J. STURKEY

 2           deemed marked as Plaintiff's Exhibit

 3           M for identification as of this date

 4           by the Reporter.)

 5           Q.    Mr. Sturkey, if you can just

 6    take your time.  Just review that document

 7    that I just handed to you, okay?

 8           A.    (Perusing document.)

 9           Q.    Mr. Sturkey.  I'm going to ask

10    him, if you wouldn't mind reading this copy

11    which is the marked exhibit.  It's

12    identical to the document.  Same for

13    marking purposes.  If I can just put on the

14    record that the document that Mr. Sturkey

15    is reviewing is a transcript of Mr.

16    Sturkey's interview with Port Authority

17    police on October 25, 2021.

18           A.    (Perusing document.)  Okay.  I

19    finished reading it.

20           Q.    I just want to confirm you were

21    provided ample time to read the document?

22           A.    Yes, I have.

23           Q.    You don't feel like you were

24    rushed, correct?

25           A.    No.
```



```
 1                    J. STURKEY
 2        Q.    Have you ever seen this
 3   document before?
 4        A.    No.
 5        Q.    When you met with Ms. Chung
 6   were you shown any documents?
 7        A.    No, I was not.
 8        Q.    This document is a transcript
 9   of the taped recording of your meeting
10   interview with Detective Louis Morales and
11   Detective Lieutenant Victoria Lubeck on
12   October 25, 2021; do you recall that
13   meeting?
14        A.    I do.
15        Q.    Having reviewed this
16   transcript, does it accurately reflect what
17   you told the detectives at that meeting?
18        A.    Yes, it does.
19        Q.    And then, just to confirm,
20   earlier when you were speaking with Ms.
21   Chung, when she was asking you questions
22   and when you were discussing this October
23   21, 2021 incident, the customer as you now
24   know it, was Trion James, correct?
25        A.    Yes.
```



```
 1                      J. STURKEY
 2        Q.    And it was Sergeant Trion James
 3   who attempted to gain access to ONE Dine on
 4   that evening of October 21, 2021?
 5        A.    Yes.
 6             MR. RAFALAF:   We're good.
 7        Thank you so much for coming in
 8        today.
 9             (Whereupon, at 11:42 A.M., the
10        Examination of this witness was
11        concluded.)
12
13          o           o          o           o
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                      J. STURKEY

 2              D E C L A R A T I O N

 3

 4        I hereby certify that having been

 5   first duly sworn to testify to the truth, I

 6   gave the above testimony.

 7

 8        I FURTHER CERTIFY that the foregoing

 9   transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

15        _____

16                  JACKSON Sturkey

17

18

19   Subscribed and sworn to before me

20   this _____ day of _____ 20___.

21

22

23   _____

24        NOTARY PUBLIC

25
```



```
 1

 2

 3                    J. STURKEY

 4                 E X H I B I T S

 5

 6   PLAINTIFF'S EXHIBIT

 7

 8   EXHIBIT     EXHIBIT                    PAGE

 9   LETTER      DESCRIPTION

10   M           Transcript                16

11

12        (Exhibits retained by Reporter.)

13

14                 I N D E X

15

16   EXAMINATION BY                        PAGE

17   MR. CHUNG                              4

18   MR. RAFALAF                           10

19

20

21

22

23

24

25
```



1

2

3                          J. STURKEY

4                  C E R T I F I C A T E

5

6    STATE OF NEW YORK          )

7                              :   SS.:

8    COUNTY OF NASSAU            )

9

10        I, DIONE WOODS, a Notary Public for

11   and within the State of New York, do hereby

12   certify:

13        That the witness whose examination is

14   hereinbefore set forth was duly sworn and

15   that such examination is a true record of

16   the testimony given by that witness.

17        I further certify that I am not

18   related to any of the parties to this

19   action by blood or by marriage and that I

20   am in no way interested in the outcome of

21   this matter.

22        IN WITNESS WHEREOF, I have hereunto

23   set my hand this 25th day of April 2023.

24   
     _____

25              DIONE WOODS

```
 1 │ Reference No.: 9462664
   │
 2 │
   │
 3 │ Case:  JAMES vs PORT AUTHORITY POLICE DEPT.
   │
 4 │
   │      DECLARATION UNDER PENALTY OF PERJURY
 5 │
   │      I declare under penalty of perjury that
 6 │ I have read the entire transcript of my Depo-
   │ sition taken in the captioned matter or the
 7 │ same has been read to me, and the same is
   │ true and accurate, save and except for
 8 │ changes and/or corrections, if any, as indi-
   │ cated by me on the DEPOSITION ERRATA SHEET
 9 │ hereof, with the understanding that I offer
   │ these changes as if still under oath.
10 │
   │
11 │          _____
   │
12 │          Jackson Sturkey
   │
13 │
   │
14 │          NOTARIZATION OF CHANGES
   │
15 │              (If Required)
   │
16 │
   │
17 │ Subscribed and sworn to on the _____ day of
   │
18 │
   │
19 │ _____, 20_____ before me,
   │
20 │
   │
21 │ (Notary Sign)_____
   │
22 │
   │
23 │ (Print Name)               Notary Public,
   │
24 │
   │
25 │ in and for the State of _____
```



```
 1   Reference No.: 9462664
     Case:  JAMES vs PORT AUTHORITY POLICE DEPT.
 2

 3   Page No._____Line No._____Change to:_____

 4   _____

 5   Reason for change:_____

 6   Page No._____Line No._____Change to:_____

 7   _____

 8   Reason for change:_____

 9   Page No._____Line No._____Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21   Page No._____Line No._____Change to:_____

22   _____

23   Reason for change:_____

24
     SIGNATURE:_____DATE:_____
25   Jackson Sturkey
```



```
Reference No.: 9462664
Case:  JAMES vs PORT AUTHORITY POLICE DEPT.


Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____

Page No._____Line No._____Change to:_____

_____

Reason for change:_____


SIGNATURE:_____DATE:_____
Jackson Sturkey
```



| Exhibits | 3 | 5:4 | briefly | 18:11 |
|---|---|---|---|---|

**Exhibits**

9462664 Jac
kson.
Sturkey DEF
ENDANT.
EXHIBITM
    16:2,3

**1**

102nd
    14:22

11207
    4:13

11:42
    18:9

15
    8:17

**2**

2021
    7:5,7,10,
    16 12:16
    13:25
    16:17
    17:12,23
    18:4

21
    7:16
    17:23
    18:4

21st
    13:25

25
    16:17
    17:12

2:00
    10:25

**3**

30
    11:20
    12:5

317
    4:12

**4**

40
    8:21

**A**

A.M.
    18:9

ability
    4:20

access
    18:3

accurately
    17:16

action
    15:8,19

address
    4:11

affect
    4:19

allowed
    15:13

ambassador
    6:25

ample
    16:21

Andrew
    10:6

another's

**5:4**

answers
    5:11

anytime
    5:24

attempted
    18:3

attention
    14:16,18
    15:5

attorney
    4:15 10:8

audibly
    10:13

Authority
    9:7 10:9,
    10 12:24
    16:16

Avenue
    4:12

aware
    14:19
    15:18

**B**

Bachelor's
    6:16

banned
    15:7

bit
    12:11

book
    14:5

booked
    14:12,14
    15:4,10

break
    5:24 6:4

briefly
    11:8

Brooklyn
    4:13

brought
    14:16,17
    15:5

building
    15:7,14

**C**

call
    11:3,25

called
    4:2 7:22
    8:8,14,
    16,20

carefully
    5:2

case
    4:16

category
    13:16

charges
    8:25

Chung
    4:7,15
    9:21
    11:16,19,
    25 12:5,
    22 13:23
    17:5,21

clear
    12:8

closed
    7:25

closes
    9:3,8

concluded

18:11

condition
    4:19

confirm
    10:12
    13:21
    16:20
    17:19

contacted
    15:12,15

conversatio
n
    12:17

copy
    16:10

correct
    11:23
    13:19
    16:24
    17:24

correctly
    11:21

Counsel
    4:15
    11:17
    12:9

couple
    4:24

court
    5:5 10:13

covered
    12:9,10

current
    5:17

customer
    7:20
    14:2,4
    17:23

customers
    13:8,14,



19

———————
        D
———————

date
   12:19
   16:3

day
   7:23  8:24
   9:17,20
   14:3,9,
   11,15

days
   14:12,16

deal
   13:8,13

deemed
   16:2

Defendants
   10:11

degree
   6:16

department
   9:7  10:9

deponent
   11:15

deposed
   6:7

deposition
   4:22  6:12

depth
   12:11

Detective
   17:10,11

detectives
   17:17

differently
   5:20

Dine

7:9,13
   18:3

discuss
   12:4

discussing
   13:24
   17:22

discussion
   13:23

dismissive
   9:12

document
   15:24
   16:6,8,
   12,14,18,
   21  17:3,8

documents
   4:20  17:6

downstairs
   9:4  14:21

duly
   4:3

duty
   14:19
   15:17

———————
        E
———————

e-mail
   11:4

earlier
   13:22,23
   17:20

education
   6:15,19

end
   9:19

ended
   9:13

entering
   14:24

entry
   7:24  9:4

essentially
   12:9

evening
   18:4

Examination
   4:6  10:3
   18:10

examined
   4:5

exhibit
   16:2,11

———————
        F
———————

fact
   12:19,20

fair
   8:9

feel
   16:23

fees
   8:25

fell
   13:16

finished
   5:3  16:19

firm
   10:22
   11:8

floor
   14:22

follow
   11:3

forgotten
   12:21

Friday
   10:25

full
   5:4

———————
        G
———————

gain
   18:3

good
   10:5,7
   18:6

grace
   8:18

guess
   5:18

guest
   8:5,6,10,
   13  14:2

———————
        H
———————

half
   8:21

hand
   15:23

handed
   16:7

hanging
   9:14

happened
   7:20  11:6
   13:5

head
   5:12

hear
   10:14

heard
   8:3

highest
   6:14

host
   7:9,12
   14:23

hour
   8:21

———————
        I
———————

identical
   16:12

identificat
ion
   16:3

incident
   7:19
   12:25
   13:3,4,
   15,24
   14:20
   17:23

Indicating
   5:7

innocuous
   13:15

interaction
   14:10

interaction
s
   14:24

interview
   16:16
   17:10

interviewed
   12:24

irate
   13:19
   14:2



**J**

Jackson
4:10

James
13:18
14:8
15:10,11
17:24
18:2

James'
15:20

Japan
13:11

**K**

kind
9:18

**L**

late
8:15,17
13:12

law
10:9,22

lawyer
11:8,10

lawyers
10:22

legal
12:8

level
6:14

Lieutenant
17:11

listen
4:25

long
7:2 11:18

lot
13:14

lots
13:8

Louis
17:10

Lubeck
17:11

**M**

made
12:8

make
4:25 6:4

management
14:17

manager
14:18

managers
15:6,17

mark
15:24

marked
16:2,11

marking
16:13

matter
10:11

medical
4:19

medications
4:18

meet
11:18

meeting
12:22

17:9,13,
17

met
10:21
11:8,11,
12 17:5

mind
16:10

minute
8:18

minutes
8:21 9:24
11:20
12:6

Morales
17:10

morning
10:5,7

move
7:23 8:24

musical
6:17

**N**

nods
5:12

nonverbal
5:12

Notary
4:4

notified
15:19

**O**

Objection
8:7

observatory
6:24 7:14

9:5

October
7:10,16
12:16
13:25
16:17
17:12,22
18:4

office
11:22

Opentable.
com
14:6

operation
12:12

**P**

P.M.
10:25

Paris
13:11

passed
7:20

pending
6:2

Penn
6:17

performance
6:17

period
8:18

perusing
16:8,18

phone
8:10 11:3

place
13:3,4

Plaintiff
13:17

Plaintiff's
11:16
16:2

point
7:24

pointing
11:15

police
9:6 12:24
16:17

Port
9:7 10:8,
10 12:24
16:16

position
7:3,4

prepare
6:11

previous
12:17

previously
9:13 11:9
12:21

process
11:7

properly
5:5

provided
16:21

Public
4:4

pull
8:22

purposes
16:13

pursuing
6:19

put
16:13



**Q**

question
5:3,10,19
6:2,3
10:17

questions
4:17,25
5:16
10:12
17:21

**R**

Rafalaf
8:7 9:23
10:4,6
11:14
18:6

read
4:20
16:21

reading
16:10,19

realize
10:25

reason
12:12,15

recall
7:15,18
17:12

received
11:2,23

recess
9:25

recollection
5:17

record
4:9 5:5,

6,14
11:14
16:14

recorded
5:14

recording
17:9

reflect
11:15
17:16

remember
12:15

reminded
12:21,23

rephrase
5:20
10:19

reporter
5:5 10:14
16:4

representing
10:10

reservation
7:21,23
8:16,22,
23 14:6,
13,15
15:4,10,
21

reservations
8:19

respond
5:2 8:13
10:12

response
11:22

responsibility
14:25

restaurant
7:13 8:8
9:5 13:8,
9 14:22

review
16:6

reviewed
17:15

reviewing
16:15

rushed
16:24

Ruth
4:15
11:16

**S**

security
7:25 9:3,
8 14:18
15:6,17

seek
12:2

self-contained
9:19

sense
6:4

Sergeant
13:18
15:11,20
18:2

shakes
5:12

short
9:25

showed
11:4

shown

4:21 17:6

Siclen
4:12

sort
9:12
13:15

speak
8:6 12:2

speaking
17:20

spoke
8:5,10

state
4:4,8
6:17

statement
13:2

Sturkey
4:1,10,14
5:1 6:1,6
7:1 8:1
9:1 10:1
11:1 12:1
13:1 14:1
15:1
16:1,5,9,
14 17:1
18:1

Sturkey's
16:16

Subpoena
11:2,23

Subpoenaed
10:24
12:15

subsequently
12:18
15:3

supervisors
15:20

sworn
4:3

**T**

taking
13:4

talked
12:10

talking
4:18

taped
17:9

testified
4:5 6:9

testimony
13:22

Texas
13:11

theatre
6:17

thing
9:19 12:7

thought
12:17
13:5

time
6:8 7:6,
21 8:16,
22 11:5
16:6,21

times
6:6

today
4:16
10:21
12:16
13:23
18:8

today's



6:11

**told**
  15:6
  17:17

**transcript**
  15:25
  16:15
  17:8,16

**Trion**
  13:18
  14:8
  15:10,11
  17:24
  18:2

———————————
**U**
———————————

**understand**
  5:15,19,
  21 10:15,
  18 11:21

**Understood**
  10:20

**University**
  6:18

**upset**
  13:14

———————————
**V**
———————————

**Van**
  4:12

**verbal**
  5:11

**verbally**
  5:8,13

**Victoria**
  17:11

———————————
**W**
———————————

**WAELTD**
  5:4

**wait**
  5:4

**whoever's**
  14:7

**witnessed**
  8:4

**work**
  6:22

**worked**
  7:7 9:6

**working**
  6:23 7:8,
  11,12
  13:7
  14:23

**World**
  6:23 7:14

———————————
**Y**
———————————

**year**
  7:7

**years**
  13:6

**York**
  4:4,13

