*Trion James v. Port Authority Police Department, Port Authority of New York and New Jersey, Edward Cetnar (in his official capacity), Christopher McNerney (in his official capacity), and Does 1-5*
*Civil No.: 1:22-cv-02463-PGG*

# EXHIBIT O

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Det. Luis Morales: Today's date is October 25th, 2021. Time is now 1617 hours. Detective Luis Morales, Detective Lieutenant Victoria Lubeck, interviewing Jackson, Jackson Sturkey, Host One Dine. Good afternoon, Mr. Sturkey, how are you today?

Jackson Sturkey: Doing well. How ya doin'?

Det. Luis Morales: We're here in, regarding an incident occurred on October 21st, 2021 with, uh, Trion James.

Jackson Sturkey: Yes.

Det. Luis Morales: Do you recall the incident?

Jackson Sturkey: Um, so I was up on the 101st floor in the restaurant, and about 6:06 I received, um, a call. Um, the call started, um, I always start the calls the same way. Uh, thank you for calling One Dine at the One World Observatory. My name is Jackson. How can I help ya? And I believe the first thing they said was I'm gonna be late, um, and so I was like, uh, sir, what's your name. Trion James, and I, uh, you know, pulled him up in my system, and, um, then I was, and he was like I think I'm gonna be able to get there by 7, and I, now we do last admittance, uh, for our reservations at 6:30 p.m., and my last time that we have for reservations in the system, unless a manager sets up something different, is 6:15 p.m., um, and so I make him aware that we do last entrance for the observatory at 6:30 p.m., um, but then I offer to transfer him down to guest services 'cause being up in the restaurant we don't deal directly with anyone entering the observatory, and so, which is a great part of this gig especially with the vaccine mandate. I've got some friends who are hosts at other restaurants who've been doubling as bouncers but because we have the security and everything down on the ground floor, you know, that had not been an issue working this gig. Uh, that being said, I of, I offer to transfer him down to guest services because if he's going to get in after 6:30 it's really up to them, because if I don't have anyone down there to like scan the bags or anything, then they're just not coming up.

Det. Luis Morales: Mm hmm.

Jackson Sturkey: Um, and we do sometimes like let people up, uh, later, you know. It just depends, and then sometimes if we let them up later we're like listen, we're not doing full dining. We can also just accommodate you at the bar for like appetizers, desserts, drinks.

Det. Luis Morales: Okay.

Jackson Sturkey: And so, and so I make him aware that, uh, the gate goes down at 6:30, and I'm like let me transfer you to guest services, and he's like, uh, I overslept. I was supposed to be with my daughter. I'm not gonna make it by 6:30, and I'm like, I expl, and then what I just explained to you, I was, you know, I don't deal directly with entry. I explained in the phone call. Let me transfer you to guest services so they can assist you further, and then he says, um, uh oh, wait a minute. I'm a sergeant with Port Authority. I'll be able to get up. Now I don't know anything about that. You know, you might as well have told me you're the Wizard of Nod, you know. It's, it's the same thing of like every day I have someone coming up and saying can I have



PA001109

CONFIDENTIAL - ATTORNEYS' EYES ONLY

a window table. It's my birthday, but it's like I, I mean I can seat you in what I have available. I can't offer you the laps of my other customers, and so with this I, you know, uh, that has no effect on anything I can do to help him. The best I can do is get him in contact with guest services, and so, you know, then I say again, you know, uh, let me transfer you to guest services. They'll be able to assist you further, and then he says I'm the guy you guys call if you have an emergency. Um, I'll be able to get in, and again, I'm like please let me transfer you to guest services because again I, I have no power here, but, you know, um, I said please let me transfer you to guest services. They can assist you further, and he says no. I'm a sergeant at Port Authority, I'll be able to get in. Okay, and that's the way that our conversation ends. Um, and then it's about 7:15 that the other host, Vidal, gets a phone call and, uh, I believe it's one of the security managers, uh, Tony, um, and I, when we have anyone who's running late or anyone who calls in just for any reason, they're like they ha, they're like I have a nut allergy or, you know, **** it's an anniversary. If I make any changes in the system to a reservation, I'll make the other host aware, and so he was aware that Trion James was running late and would maybe try to get up and being our last reservation sort of the thing of the evening is I wonder if our friend is going to make it, and so, um, we're, uh, so we get that call about then 7:15, and it is, what I hear, I, 'cause I, this, I didn't get, I got, only got that first phone call, so this second phone call was, uh, Vidal, and this was then the follow up we had. Um, and so I think, I think it was Tony, but it was, as Vidal described it, just someone from security, but I, I think it was Tony on the phone then, and, um, Tony was asking do you guys have a reservation for Trion James, and we're like, uh, yes, we had already no showed it in the system because we hadn't heard from him since I got the call at like 6:06 or so, and so we didn't have like a – sometimes people call us like every 15 minutes and they'll be like hey, our Uber's 5 minutes away, and then, you know, I'll make guest services aware, and so guest services was aware that, uh, we had, this was our latest running reservation, but that, but then we also, we made them aware the last entry's at 6:30, and I tried to transfer 'em down but they, uh, decided to not have me transfer 'em. Um, and so then, uh, Vidal said that he heard them like, heard someone talking in the back, and then whoever they were on the phone with, who I assume was Tony, was like, you know, they're not getting up. It's fine. Have a nice night fellas, and, um, so that was sort of then the end of it, and then, you know, anything else that happened, uh, for me was just speculation or gossip, so I can't speak on any of that of knowing what occurred beyond that, um, and then yesterday evening as we were winding down, um, I, uh, Vidal said to me did you look at tomorrow's reservations or tomorrow being today's reservations, and, um, uh, Trion James had made another reservation at 6:00 p.m., and so then it, there was kind of like, when we got here this morning there was kind of like a 50-50 chance of like whether or not he was gonna be let up to the restaurant, but then we were told around 2:30 just to cancel the reservation. He wouldn't be coming in.

Det. Luis Morales: Okay.

Jackson Sturkey: And I think that's like everything.

Det. Luis Morales: Can you, can you tell us about your kitchen? Uh, on this specific date, uh, October 21st, was the kitchen still open when, uh, when, uh, Trion James had arrived?

Jackson Sturkey: Um, yeah. The kitchen stays open 'til about like 8:00, 8:10. Uh, we designate about an hour and a half for someone to dine 'cause it's like then that's half an hour for

CONFIDENTIAL - ATTORNEYS' EYES ONLY

your appetizers, half an hour for your main course, half an hour for your dessert, and so it's one of those things where we get to like 8:00 or something, uh, we tend to, you know, not seat anyone for full dining, but also the observatory closes at 7, so normally by that time everyone whose, could possibly be in has already been in.

Det. Luis Morales: Right.

Jackson Sturkey: So the other, so the kitchen was still open, still serving. We still had some service, uh, going. Um, yeah.

Det. Luis Morales: And wh, what was his, uh, did, did he say anything else to you when he made the phone calls to you? Was he, did he curse or rude or just telling you he was late?

Jackson Sturkey: Uh, just telling me he was late and then insisting that he would be able to get up because of –

Det. Luis Morales: He's a sergeant?

Jackson Sturkey: – because he was a sergeant, and then, uh, so not rude or anything. Just, uh, uh, you know, when I offered to transfer him to guest services, just dismissive of that suggestion.

Det. Luis Morales: Anything else \*\*\*\*?

Other Speaker: No, I don't have any questions.

Det. Luis Morales: Is there anything you feel that we haven't asked that might be pertinent?

Jackson Sturkey: I don't think, I don't think so. Um –

Det. Luis Morales: Okay.

Jackson Sturkey: – yeah, I don't think so.

Det. Luis Morales: Give you my card.

Jackson Sturkey: Okay.

Det. Luis Morales: If there's anything that you feel you, we need to add later on, feel free to call.

Jackson Sturkey: Absolutely.

Det. Luis Morales: Okay. Time is now 1626 hours and this concludes the interview.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SpeakWrite
www.speakwrite.com
Job Number: 21305-002
Custom Filename: PIU-C-21-0038 Jackson Sturkey Interview
Date: 11/01/2021
Billed Words: 1641