*Trion James v. Port Authority Police Department, Port Authority of New York and New Jersey, Edward Cetnar (in his official capacity), Christopher McNerney (in his official capacity), and Does 1-5*
*Civil No.: 1:22-cv-02463-PGG*

# EXHIBIT R

```
 1
 2    UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      TRION JAMES,
 4
 5                                  PLAINTIFFS,
 6         -against-               Case No.:
                                   1:22-cv-02463
 7
      PORT AUTHORITY POLICE DEPARTMENT,
 8    PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
      EDWARD CETNAR (HIS OFFICIAL CAPACITY),
 9    CHRISTOPHER MCNERNEY
      (IN HIS OFFICIAL CAPACITY) AND DOES 1-5,
10
11                                  DEFENDANTS.
      ------------------------------------------X
12
13                   DATE: March 30, 2023
14                   TIME: 9:10 A.M.
15
16         DEPOSITION of a Non-Party Witness,
17    ANTHONY COTRONEO, taken by the Respective Parties,
18    pursuant to a Subpoena and to the Federal Rules of
19    Civil Procedure, held at the office of Balestriere
20    Fariello, 225 Broadway, 29th Floor, New York, New
21    York 10007, before Germila Donald, a Notary Public
22    of the State of New York.
23
24
25
```



```
 1
 2    A P P E A R A N C E S:
 3
      BALESTRIERE FARIELLO, PLLC
 4            Attorneys for the Plaintiff
              TRION JAMES
 5            225 Broadway, 29th Floor
              New York, New York 10007
 6            BY: JOHN G. BALESTRIERE, ESQ.
              john.balestriere@balestrierefariello.com
 7
 8
 9    THE PORT AUTHORITY OF NEW YORK & NEW JERSEY LAW
      DEPARTMENT
10            Attorneys for the Defendants
              PORT AUTHORITY POLICE DEPARTMENT,
11            PORT AUTHORITY OF NEW YORK AND NEW
              JERSEY
12            4 World Trade Center
              150 Greenwich Street, 24th Floor
13            New York, New York 10006
              BY: MEGAN LEE, ESQ.
14            mlee@panynj.gov
                  ANDREW RAFALAF, ESQ.
15            arafalaf@panynj.gov
16
      ROSENBERG & ESTIS, P.C.
17            Attorneys for Non-Party
              DURST ORGANIZATION, by a witness
18            ANTHONY COTRONEO
              733 Third Avenue
19            New York, New York 10017
              BY: HARRIS W. DAVIDSON, ESQ.
20            hdavidson@rosenbergestis.com
21
              *          *          *
22
23
24
25
```



```
 1                      A. COTRONEO
 2   sorry.  For which sites did you provide security
 3   for Durst starting in 2015?
 4           A.     One World Trade Center.
 5           Q.     It's been One World Trade Center the
 6   whole time?
 7           A.     And during the Pandemic I did the
 8   Midtown Portfolio which is several different
 9   buildings.
10           Q.     Did you have a title at the Durst
11   Organization when you began in 2015?
12           A.     Yes.
13           Q.     What was your title?
14           A.     Security manager.
15           Q.     Is that your title today?
16           A.     No.
17           Q.     So is it fair to say you were
18   promoted to security manager at some point?
19           A.     Yes.
20           Q.     When was that?
21           A.     April of last year.
22           Q.     So what is your title now?
23           A.     Senior Security Manager.
24           Q.     As security manager, what were your
25   responsibilities?
```



                          A. COTRONEO

1
2     A.    To provide site security throughout
3  World Trade Center, to assist guests in entering
4  and tenants entering.  And to provide a security
5  screening for the Observatory guests.
6     Q.    Did you receive any training from
7  the Durst Organization regarding that?
8     A.    No.
9     Q.    And you say now you are a senior
10 security manager; is that correct, sir?
11    A.    That's correct.
12    Q.    What additional or change of
13 responsibilities have you had since you became a
14 senior security manager?
15    A.    So my role is still with the
16 Observatory One World Trade Center.  I just now
17 supervise five security managers and eighteen
18 security officers.
19    Q.    Just very briefly.  Personal
20 background.  Are you married?
21    A.    Yes.
22    Q.    Do you have any kids?
23    A.    Yes.
24    Q.    How many?
25    A.    I have three biological and two



```
 1                       A. COTRONEO
 2   hear the volume was elevated.  The security
 3   officer says, "I think there is a problem over
 4   there."  I say, "Okay."  And I walked and I
 5   approached them.  As I approached them, I could
 6   hear a little bit of the content that was being
 7   spoken.
 8              At that point in time, I can see it
 9   was Sergeant James.  He was unhappy and
10   agitated, so I approached him and I engaged in a
11   conversation with him.
12         Q.    When you said, "the security
13   officer" is that Kejuan?
14         A.    Yes.
15         Q.    And you say when you arrived at this
16   area; were you called to the area or were you
17   walking into that area?
18         A.    I was called to the area.
19         Q.    By whom?
20         A.    Kejuan Robinson.
21         Q.    By what means?
22         A.    He texted me.
23         Q.    Do you remember what he texted you?
24         A.    "You need to come out here."
25         Q.    Beyond that, do you remember if
```



```
                    A. COTRONEO
```

1  
2  there was any other substance to his
3  communication?
4      A.    No.
5      Q.    Where were you, sir, at that time?
6      A.    I was in the security manager's
7  office.
8      Q.    When you were in the security
9  manager's office, is it fair to say, that you
10 could at that point see Sergeant James?
11     A.    No, it was behind closed doors.
12     Q.    So you come out after Kejuan sends
13 you this text, you just described what you
14 heard, what is the next thing you remember
15 happening?
16     A.    As I approached, I can hear that he
17 was using some vulgar language towards guest
18 services.  At that point he was also addressing
19 the folks that were a little bit to the left of
20 guest services, which was Taurean.
21     I heard him use the word -- I guess
22 I can say it here -- "Fuck."  He was very
23 displeased and being disrespected and
24 embarrassed.
25     Q.    And what specific -- and I am not



```
 1                         A. COTRONEO
 2   asking you to say that word again, but you
 3   can -- what specific words, if any, do you
 4   remember him saying?
 5        A.    "I can't believe you are fucking
 6   treating me like this.  I'm the fucking police."
 7        Q.    Did you hear -- what, if anything,
 8   did you hear, Louis say in response to that?
 9        A.    I didn't hear him say anything?
10        Q.    What about Taurean?
11        A.    I didn't hear him say anything
12   either.
13        Q.    Did you hear this conversation, sir,
14   like as you were walking towards them?
15        A.    Yes.
16        Q.    What was the next thing that you
17   remember happening after you heard what you just
18   described?
19        A.    As I approached he had a Port
20   Authority sergeant shield hanging from the neck
21   area on the outermost garment.  As I approached
22   him, I identified myself as a security manager
23   and I said, "My name is a Tony."  And I asked
24   him how I could help.
25        Q.    Did sergeant answer, did he respond?
```



```
 1                        A. COTRONEO
 2         A.    Yes.
 3         Q.    What do you remember him saying?
 4         A.    He said that these people are
 5   disrespecting me and he lifted up his shield to
 6   show me he was the police.  He goes, "I'm the
 7   police and they are giving me a hard time."
 8         Q.    Did you respond to him?
 9         A.    I did.
10         Q.    What do you remember saying?
11         A.    I asked him what was the issue and
12   how I could help.
13         Q.    And did he respond?
14         A.    He did, yes.
15         Q.    What did he say?
16         A.    He said that he had a reservation at
17   the restaurant.  And again, he turned and
18   started to speak at a higher volume towards the
19   staff.  I asked him if he could lower his voice,
20   because at that point in time guests were
21   exiting the turnstiles.  He continued to speak
22   over me.  And I said "Listen, can you calm down,
23   quiet down?  Walk with me, so we can speak a
24   little bit more privately out of the earshot of
25   the legend employees."
```



```
 1                       A. COTRONEO
 2        Q.    What did he say, if anything?
 3        A.    He walked with me.
 4        Q.    Where did you two walk?
 5        A.    I walked approximately 20 feet away
 6   from guest services.
 7        Q.    So again, did Taurean stay where
 8   Taurean was?
 9        A.    Yes, Taurean stayed and Louis stayed
10   behind guest services.
11        Q.    And where was Kejuan at this time;
12   if you remember?
13        A.    He was back by the original door by
14   the gates.
15        Q.    So you and Sergeant James went, I
16   think you said 20 feet away?
17        A.    Yes.
18        Q.    Did you discuss anything while you
19   were walking?
20        A.    No.
21        Q.    You went to 20 feet away, what is
22   the next thing you remember happening?
23        A.    I asked him what the problem was.  I
24   had already been aware that he may have been
25   late, because I was told I had a time there was
```



```
 1                    A. COTRONEO
 2   a Port Authority Sergeant that had called to
 3   inform the restaurant that he was going to be
 4   running late.  So I have been waiting for a Port
 5   Authority Police to show up.
 6              So I asked him what was the issue,
 7   why was he getting into an argument with them.
 8   He continued to say that he was embarrassed and
 9   he can't believe that they are not allowing him
10   to go upstairs.
11              So at that point in time I asked him
12   if he was working.  And he said, "No."  And at
13   that point in time I asked him why the necessity
14   of hanging the shield on the outside to identify
15   himself to everybody as the police and why he
16   had the uniformed police officer escorting him
17   if he was not working.  He said, he was not
18   working and that he wanted everybody to know he
19   was the police.
20        Q.    He said he wanted everyone to know
21   he was the police?
22        A.    Yes.
23        Q.    You testified, sir, that you were
24   aware that a Port Authority -- I don't know if
25   you said officer or sergeant called?
```



```
 1                      A. COTRONEO
 2    find out what was going on.
 3           Q.    Did you then walk away from Sergeant
 4    James?
 5           A.    I did.
 6           Q.    Did Sergeant James stay where he
 7    was?
 8           A.    He did.
 9           Q.    What happened after you walked away
10    from Sergeant James as you just testified?
11           A.    I spoke to Mr. Santana who relayed
12    to me that Mr. James did not even have tickets
13    to enter the Observatory.  And when he relayed
14    that to him is when he became irate.
15           Q.    Do you need to have tickets to enter
16    the Observatory in order to eat at ONE Dine?
17           A.    Yes.
18           Q.    So you found out this information
19    about Sergeant James not having a ticket, what
20    is the next thing that happened?
21           A.    So as I turned around to go speak to
22    him, he immediately handed the phone over and
23    stuffed it into my face.  And he said, "Here."
24    I asked him to not put the phone in my face and
25    who was on the phone.  He said that it was the
```



```
 1                      A. COTRONEO
 2   restaurant.
 3          Q.    And just to be clear, "he" in your
 4   last answer, that is Sergeant James?
 5          A.    Yes.
 6          Q.    And that was his phone?
 7          A.    Yes.
 8          Q.    After he put the phone in your face
 9   and you testified what you said to him, what is
10   the next thing you remember happening?
11          A.    I took the phone to speak to the
12   host.
13          Q.    Did you?
14          A.    I did.
15          Q.    Do you know the host's name?
16          A.    I don't.
17          Q.    Was this a host that you have spoken
18   to before?
19          A.    It is hard to tell.  He had a deep
20   accent.  I was not sure who it was.
21          Q.    Do you know if this was the same
22   person that Sergeant James apparently had spoken
23   to earlier in the afternoon?
24          A.    No, I know it was not.
25          Q.    How do you know it was not?
```



```
 1                       A. COTRONEO
 2        A.     I know the person that he spoke to
 3   prior to that.
 4        Q.     Who is that; the person prior?
 5        A.     Jackson Sturkey?
 6        Q.     Is that, S-T-U-R-K-E-Y?
 7        A.     I think so, yeah.
 8        Q.     So it is not Mr. Sturkey, you are
 9   speaking to some host at this point?
10        A.     Yes.
11        Q.     Using Sergeant James' phone?
12        A.     Yes.
13        Q.     What do you remember about that
14   conversation?
15        A.     So as I was speaking to them, I can
16   see Mr. James walking away from me.  He
17   approached the guest services desk once again.
18   He gets into more of a conversation with them,
19   where he now starts raising his voice again, and
20   he is now cursing again at them.  And he is
21   really just very upset that they were
22   embarrassing him and weren't allowing him to
23   enter without all the questions.
24               The last time that he said the word
25   "fuck" at that point in time I had enough of the
```



```
 1                    A. COTRONEO
 2    show that was being put on now in front of the
 3    dozens of guests that were exiting, who were now
 4    stopping to see what was unfolding.
 5             I told the host that Mr. James is
 6    not going to be permitted to enter.  That they
 7    didn't have to await his arrival.  I hung up.  I
 8    handed the phone back up to Mr. James and I told
 9    him at that point he was not allowed to go
10    upstairs.
11        Q.   How long did you have the -- to the
12    best of your memory -- how long did you have
13    Sergeant James' phone in your hand when you
14    observed what you just described?
15        A.   About 20 seconds.
16        Q.   And when you said that he went over
17    to guest services, just to be clear, that was
18    Taurean and Louis?
19        A.   I believe he went to Taurean.  They
20    were separated.
21        Q.   So you just described what you said
22    to the host; did you hang up the phone then?
23        A.   Yes.
24        Q.   What was the next thing you remember
25    happening?
```



```
 1                     A. COTRONEO
 2        A.    After I informed Mr. James that he
 3   was not permitted to go upstairs, he told me
 4   that I was a fucking embarrassment, that I am
 5   the police, and you are the police, how could
 6   you be doing this to me.  This is my fucking
 7   building.  I own this fucking building.  I am
 8   the one that comes when you call 911.
 9              And at that point in time, I looked
10   at the police officer that was in uniform and
11   said, "You are in uniform, you are in charge.
12   He is off duty, you need to get him out of
13   here."
14        Q.    Did that officer say anything in
15   response to you saying that?
16        A.    Yes.
17        Q.    It's she, right?
18        A.    Yes.
19        Q.    What did she say?
20        A.    She said, "Sergeant, we need to go,
21   we need to leave, we have to go."
22        Q.    What, if anything, did Sergeant
23   James say at that point in time?
24        A.    At that point in time he immediately
25   walked towards the turnstile which is 'exit
```



1                        A. COTRONEO
2    only' where guests were exiting.  I followed
3    after him to tell him he can't go in that way,
4    he needed to exit where he came in from.  He
5    turned around, we walked together.  At that
6    point in time, he stopped, turned to me again
7    and said, I am disgrace.  And he at that point
8    shouldered me with his shoulder into my chest
9    area.
10        Q.    That turnstile that you referenced,
11   is that a way to exit; is that correct?
12        A.    That is where the guests exit the
13   Observatory.
14        Q.    And why is it that you didn't want
15   him to go that way?
16        A.    That is an exit only.
17        Q.    But you did want him to exit,
18   correct?
19        A.    I wanted him to exit through either
20   the lobby, the escalator to go to the lobby, or
21   the C1 Mezzanine.
22        Q.    Why did you not want him to exit
23   through that turnstile?
24        A.    It is an exit only coming out of the
25   Observatory into the C1 Lobby.  It is not an



```
 1                      A. COTRONEO
 2   entrance into the Observatory.  It is an exit
 3   out from all the guests that are coming down.
 4   They walk out, they have to go through the
 5   turnstiles as a final exit into the C1 Lobby
 6   area.
 7         Q.   And forgive me, maybe I'm not
 8   understanding.  But why is it that you did not
 9   want him to go there, because you didn't want
10   him around the other guests; is that the idea?
11         A.   No.  He was going to try to enter
12   through the exit only.  So glass doors only open
13   for guests to exit.  If you try going the other
14   way, they won't open for you.
15         Q.   So the idea is, if he went that way,
16   whatever the rules may be, he could have then
17   physically attempted to go upstairs; is that
18   correct?
19         A.   Yes.
20         Q.   So you asked him to instead -- I am
21   sorry, where did you ask him to go, sir?
22         A.   I told him he could not go that way,
23   to exit from where he came from.
24         Q.   At least at first he started to go
25   that way; is that correct?
```



```
 1                    A. COTRONEO
 2        A.    Yes.
 3        Q.    And then you said that he shouldered
 4   you?
 5        A.    Yes.
 6        Q.    By that, do you mean that -- this is
 7   a deposition, so I am asking these questions --
 8   by that, do you mean that he pushed his shoulder
 9   into your physically?
10        A.    Yes.
11        Q.    Which shoulder; do you remember?
12        A.    I believe it was left.
13        Q.    And you may have testified to this,
14   but where did he push his left shoulder?
15        A.    Right into my chest area
16   (indicating).
17        Q.    Did you touch him before that time?
18        A.    No.
19        Q.    Once Sergeant James shouldered you
20   with his left shouldered, what is the next thing
21   that happened?
22        A.    I asked him what he thought he was
23   doing.
24        Q.    What did Sergeant James say?
25        A.    He said, "You just assaulted a Port
```



```
 1                   A. COTRONEO
 2   Authority Officer."
 3        Q.   He said that you, that you assaulted
 4   a Port Authority Police Officer?
 5        A.   That's correct.
 6        Q.   What, if anything, did you say in
 7   response?
 8        A.   I told him, don't even try that one
 9   with me.  I was in the police department for
10   twenty years.  I'm not playing your games.  You
11   need to leave.
12        Q.   What did Sergeant James say, if
13   anything?
14        A.   He started to walk back a little
15   bit.  He stopped, turned to me again.  I
16   remember what he said, but he was obviously
17   irate.  I kept telling the police officer you
18   need to get him to go.  And she kept pleading
19   with him several more times that he needed to
20   leave.
21        Q.   What was the next thing that you
22   remember happening?
23        A.   They finally did exit.  They walked
24   out and they exited through the C1 doors onto
25   the Mezzanine onto the Westfield property.
```