*Trion James v. Port Authority Police Department, Port Authority of New York and New Jersey, Edward Cetnar (in his official capacity), Christopher McNerney (in his official capacity), and Does 1-5*
*Civil No.: 1:22-cv-02463-PGG*

# EXHIBIT U

FILED: NEW YORK COUNTY CLERK 02/11/2022 07:16 PM
NYSCEF DOC. NO. 6

INDEX NO. 450546/2022
RECEIVED NYSCEF: 02/11/2022

**From:** Cetnar, Edward
**Sent:** Monday, November 1, 2021 7:30 PM
**To:** James, Trion
**Cc:** Klock, Louis; Gonzalez, Emilio; Gay, John; Hassmiller, Richard; Zafonte, Robert
**Subject:** Re: Command Transfer

Sgt. James,

As you know, Document "C" subparagraph VI entitled "General" of the Port Authority of New York and New Jersey ("Port Authority") and the Sergeant Benevolent Association ("SBA) Memorandum of Agreement ("MOA") states,

> "The Superintendent of Police may administer individual transfers in personal hardship cases or in individual situations he deems necessary for the good of the force. The Superintendent shall declare in writing the reasons for any transfer pursuant to this section."

The reasons for this temporary "transfer for the good of the force" of yourself, Sgt. James Trion include, but are not limited to, the mitigation of an employee and/or client relations matter at the World Trade Center Command and/or World Trade Center facility and/or to allay any possible encumberments to a full and complete investigation of the underlying allegations.

Thank you

Edward T. Cetnar
Superintendent of Police
Director of Public Safety
Port Authority Police Department
241 Erie St
Jersey City, N.J. 07310

---

**From:** James, Trion
**Sent:** Tuesday, October 26, 2021 4:39:43 PM
**To:** Cetnar, Edward
**Cc:** Klock, Louis ; Gonzalez, Emilio ; Gay, John
**Subject:** Command Transfer

Superintendent,

I'm writing this to request in writing the reason or reasons why I was transferred from the World Trade Center Command to JFK Airport on October 26th 2021 as per section XXII page 34 of the Sergeants Benevolent Association's MOA.

Trion James

SCHEDULE "B"

PA000810