Ex. C

**In the Matter Of:**

JAMES vs PORT AUTHORITY P.D.

1:22-cv-02463

**CHRISTOPHER MCNERNEY CONF. PORTIONS**

*January 18, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF NEW YORK
 2                     CASE NO. 1:22-cv-02463

 3    - - - - - - - - - - - - - - - - - - - - - - - - -

 4    TRION JAMES,

 5              Plaintiff,

 6         vs.

 7    PORT AUTHORITY POLICE DEPARTMENT, PORT AUTHORITY OF
      NEW YORK AND NEW JERSEY, EDWARD CETNAR (his official
 8    capacity), CHRISTOPHER McNERNEY (in his official
      capacity), and DOES 1-5,
 9              Defendants.

10    - - - - - - - - - - - - - - - - - - - - - - - - -

11              CONFIDENTIAL PORTION INCLUDED

12

13              TRANSCRIPT of the stenographic notes of
      the deposition of CHRISTOPHER McNERNEY in the
14    above-entitled matter, as taken by and before
      LORRAINE B. ABATE, a Certified Shorthand Reporter and
15    Notary Public of the State of New York and Registered
      Professional Reporter, held at the offices of
16    Balestriere Fariello, 225 Broadway, New York, New
      York, on January 18, 2023, commencing at 10:48 a.m.,
17    pursuant to Notice.

18

19

20

21

22

23

24

25
```



```
 1
 2   A P P E A R A N C E S:
 3
 4
 5        BALESTRIERE FARIELLO, ESQS.
          Attorneys for the Plaintiff
 6             225 Broadway
               New York, New York 10007
 7        BY: JOHN G. BALESTRIERE, ESQ.
               (212)374-5401
 8        john.balestriere@balestrierefariello.com
 9
10        PORT AUTHORITY OF NEW YORK AND NEW JERSEY
               150 Greenwich Street, 24th Floor
11             New York, New York 10006
          BY: MEGAN LEE, ESQ.
12            ANDREW RAFALAF, ESQ.
               (212)435-3435
13             mlee@panynj.com
               arafalaf@panynj.com
14
15
16   A L S O   P R E S E N T:
17             Trion James
18
19
20
21
22
23
24
25
```



```
 1                McNerney - January 18, 2023
 2   with PIU.
 3        Q.     What year is that, sir?
 4        A.     To the best of my recollection, sometime
 5   in 2021.
 6        Q.     And does that refer back to when you
 7   said you had that conversation with the LBA attorney?
 8        A.     Yes.
 9        Q.     So in 2021, besides your conversations
10   with the LBA attorney, you discussed something with
11   PIU; is that correct?
12        A.     I was called in for an interview.
13        Q.     Regarding what?
14        A.     The 2009 incident.
15        Q.     Do you remember what month that was?
16        A.     No.
17        Q.     Do you remember -- withdrawn.
18               Did you -- did PIU tell you why you were
19   being interviewed in 2021 about a 12-year old
20   incident?
21        A.     They told me the reason for the
22   interview.  It was the 2009 incident.
23        Q.     Did you ask them why you were being
24   interviewed so much later?
25        A.     No.
```

