# Ex. D

**In the Matter Of:**

JAMES vs PORT AUTHORITY P.D., ET AL.

1:22-cv-02463-PGG

**KEJUAN ROBINSON**

*March 22, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     TRION JAMES,
 4
                              PLAINTIFF,
 5
 6        -against-    Case No.:
 7                     1:22-cv-02463-PGG
 8
     PORT AUTHORITY POLICE DEPARTMENT, PORT
 9   AUTHORITY OF NEW YORK AND NEW JERSEY,
     EDWARD CETNAR (in his official capacity),
10   CHRISTOPHER MCNERNEY (in his official
     capacity), and DOES 1-5,
11
                              DEFENDANTS.
12   ------------------------------------------X
13
14            DATE:  March 22, 2023
15            TIME:  10:31 A.M.
16
17
18        DEPOSITION of a non-party
19   witness, KEJUAN ROBINSON, via Zoom, taken
20   by the Respective Parties, pursuant to
21   Subpoena and to the Federal Rules of Civil
22   Procedure, held at the offices of
23   BALESTRIERE FARIELLO, 225 Broadway, New
24   York, New York 10007, before Dione Woods, a
25   Notary Public of the State of New York.
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1
 2   A P P E A R A N C E S:
 3
 4   BALESTRIERE FARIELLO
        Attorneys for the Plaintiff
 5      TRION JAMES
        225 Broadway
 6      New York, New York 10007
        BY:  RUTH CHUNG, ESQ.
 7           Of Counsel
 8
 9   THE PORT AUTHORITY OF NEW YORK AND NEW
     JERSEY
10      Attorneys for the Defendant
        PORT AUTHORITY POLICE DEPARTMENT, PORT
11      AUTHORITY OF NEW YORK AND NEW JERSEY
        4 World Trade Center
12      New York, New York 10006
        BY:  MEGAN LEE, ESQ. and
13           ANDREW RAFALAF, ESQ.
14
15
16
                 *           *          *
17
18
19
20
21
22
23
24
25
```



1                       K. ROBINSON
2    guys you know it's safe for me to go
3    upstairs.
4              At that point I called the
5    manager over, the manager came out.  At
6    first it was very calm.  The manager asked
7    him to explain the situation.  Then he
8    explained to him that he was not allowed
9    upstairs because scanning was closed down,
10   and it kind of just took off from there as
11   far as like aggression, if you call it.
12             It went back and forth for a
13   while why he couldn't be allowed up.  It
14   got to a point where it was almost
15   physical.  And that's pretty much it.
16        Q.   So, when you say, "it was
17   almost physical," is it fair to say that
18   you did not observe any physical
19   interaction between the person who came in
20   with the reservation and the other guard
21   that he was talking, to your manager?
22        A.   No, I did not see anything
23   physical.  They were just like very close.
24   Like, chest to chest pretty much.
25        Q.   When you say that you saw this

