Ex. E

**In the Matter Of:**

JAMES V. PAPD

1:22-cv-02463

**RICHARD DIETRICH**

*April 06, 2023*



800.211.DEPO (3376)
EsquireSolutions.com

1

2    UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
3    ------------------------------------------X
     TRION JAMES,
4

5                                    PLAINTIFFS,

6          -against-               Case No.:
                                   1:22-cv-02463
7
     PORT AUTHORITY POLICE DEPARTMENT,
8    PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
     EDWARD CETNAR (HIS OFFICIAL CAPACITY),
9    CHRISTOPHER MCNERNEY
     (IN HIS OFFICIAL CAPACITY) AND DOES 1-5,
10

11                                   DEFENDANTS.
     ------------------------------------------X
12

13                      DATE: April 6, 2023

14                      TIME: 10:01 A.M.

15

16          DEPOSITION of a Non-Party Witness,

17   RICHARD DIETRICH, taken by the Respective Parties,

18   pursuant to a Subpoena and to the Federal Rules of

19   Civil Procedure, held at the office of Balestriere

20   Fariello, 225 Broadway, 29th Floor, New York, New

21   York 10007, before Germila Donald, a Notary Public

22   of the State of New York.

23

24

25



```
 1

 2   A P P E A R A N C E S:

 3

     BALESTRIERE FARIELLO, PLLC
 4              Attorneys for the Plaintiff
                TRION JAMES
 5              225 Broadway, 29th Floor
                New York, New York 10007
 6              BY: RUTH CHUNG, ESQ. of Counsel

 7

 8

 9   THE PORT AUTHORITY OF NEW YORK & NEW JERSEY LAW
     DEPARTMENT
10              Attorneys for the Defendants
                PORT AUTHORITY POLICE DEPARTMENT,
11              PORT AUTHORITY OF NEW YORK AND NEW
                JERSEY
12              4 World Trade Center
                150 Greenwich Street, 24th Floor
13              New York, New York 10006
                BY:  ANDREW RAFALAF, ESQ.
14              arafalaf@panynj.gov
                    MEGAN LEE, ESQ.
15              mlee@panynj.gov

16

17   ROSENBERG & ESTIS, P.C.
                Attorneys for Non-Party
18              DURST ORGANIZATION, by a witness
                ANTHONY COTRONEO
19              733 Third Avenue
                New York, New York 10017
20              BY: HARRIS W. DAVIDSON, ESQ.
                hdavidson@rosenbergestis.com
21

22              *          *          *

23

24

25
```



1                     R. DIETRICH

2     there was some uniformed Port Authority presence

3     there.  I believe sergeant responded and

4     subsequently a lieutenant.  So I believe it was

5     after that.

6          Q.     Do you recall if this was a daytime

7     event or a nighttime event?

8          A.     No, it was in the evening.

9          Q.     Evening?

10         A.     Yeah.

11         Q.     And if you could just humor me.  How

12    do you define the evening?

13         A.     I want to say 9:00, 10:00 at night.

14    Something like that.

15         Q.     And what, if anything, did he tell

16    you about the event?

17                  MR. RAFALAF:  Objection.

18                  MS. CHUNG:  You can answer.

19         A.     Just again, that it was an off-duty

20    Port Authority Sergeant.  I believe he was late

21    for his reservation.  He had some interaction

22    with the Observatory staff.  Where I don't think

23    that necessary went well.  He was a little rude

24    to them.  He explained he was going to be late.

25    In turn, I think it was explained to him that



```
1                      R. DIETRICH

2    typically there was a certain cutoff before

3    people can go upstairs, they would have to

4    check.  He was going back and forth with the

5    staff.  And then I think Tony or Anthony

6    Cotroneo was alerted to this by the guest

7    services staff.  I think they had a conversation

8    at some point.

9             And again, Anthony Cotroneo tried to

10   assist.  I think the original plan was to try to

11   get him up.  But again, the behavior of the

12   gentleman was -- it didn't seem like there was

13   going to be any resolution to the situation.

14   So...

15        Q.    When you say the behavior of the

16   individual, can you say more of what you

17   understand?

18        A.    Use of foul language, maybe a raised

19   voice.  That was my understanding of it.

20        Q.    After you received a call from

21   Mr. Cotroneo, who, if anyone, did you speak to

22   next?

23        A.    I don't think I spoke to anyone that

24   night.  But I did speak to Mr. Bannon the next

25   morning.  He was privy I believe to the email
```



RICHARD DIETRICH                                          April 06, 2023
JAMES V. PAPD                                                         16

```
 1                        R. DIETRICH
 2    that was sent out that night.
 3         Q.    Did you speak to anyone else after
 4    you spoke to Mr. Bannon?
 5         A.    No.
 6         Q.    Let me clarify.  Did you speak to
 7    anyone else about the October 21, 2021 incident
 8    other than Mr. Bannon and other than
 9    Mr. Cotroneo?
10         A.    So couple of days later Port
11    Authority's AG office came.  A Detective Louis
12    Morales I believe inquiring about video and I
13    believe a copy of the email.  And he was looking
14    to speak with Mr. Cotroneo.
15         Q.    Anybody else that you spoke to about
16    that incident that you can recall?
17         A.    There was I think in the meeting
18    that when I met Mr. Morales, Detective Morales,
19    a female lieutenant there.  I believe that was
20    his supervisor, but I don't recall the name.
21         Q.    And anybody else that you can
22    recall?
23         A.    That's it.
24         Q.    So is it safe to assume that your
25    source of information for the night of
```



```
 1                      R. DIETRICH

 2   October 21, 2021, is Mr. Cotroneo?

 3         A.    Yes.

 4         Q.    So you were not present for the

 5   incident?

 6         A.    I was not.

 7         Q.    Is there any formal training

 8   regarding the protocol for the management

 9   handling of incidents at the World Trade Center?

10         A.    So I think why they are hired in the

11   first place is because of their law enforcement

12   background and people interactions skills.  So I

13   would say that is kind of where we hang our hat

14   with the training.

15         Q.    So there is no formal training?

16         A.    No.

17         Q.    Did you know of or do you know Trion

18   James?

19         A.    I do not.

20         Q.    Have you heard his name prior to the

21   2021 incident?

22         A.    I did not.

23         Q.    Have you heard of his name since the

24   October 2021 incident?

25                MR. RAFALAF:  Objection.
```



800.211.DEPO (3376)
EsquireSolutions.com