UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRION JAMES,

                Plaintiff,

- against -

PORT AUTHORITY POLICE DEPARTMENT, PORT AUTHORITY OF NEW YORK AND NEW JERSEY, EDWARD CETNAR, in his official capacity, CHRISTOPHER MCNERNEY, in his official capacity, and DOES 1-5,

                Defendants.

**ORDER**

22 Civ. 2463 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    Defendants Port Authority of New York and New Jersey, Edward Cetnar, and Christopher McNerney seek leave to file a motion for summary judgment. (See (Dkt. No. 49)) Briefing concerning Defendants' motion for summary judgment will proceed on the following schedule:

    (1)    Defendants' motion is due **July 12, 2023.**

    (2)    Plaintiff's opposition is due **August 2, 2023.**

    (3)    Defendants' reply, if any, is due **August 9, 2023.**

    Pursuant to Rule IV(C) of this Court's Individual Rules, the parties will file their motion papers on ECF only when the entire motion has been briefed.

Dated: New York, New York
       June 21, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge