## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

TRION JAMES,

                        Plaintiff,                       22 **CIVIL** 2463 (PGG)

        -against-                             **JUDGMENT**

PORT AUTHORITY POLICE DEPARTMENT, PORT
AUTHORITY OF NEW YORK AND NEW JERSEY,
EDWARD CETNAR, in his official capacity,
CHRISTOPHER MCNERNEY, in his official capacity,
and DOES 1-5,

                        Defendants.

------------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 31, 2025, Defendants' motion for summary judgment is GRANTED. Judgment is hereby entered for the Defendants and the case is closed.

**Dated:**  New York, New York

       March 31, 2025

                                                          **TAMMI M. HELLWIG**

                                                            **Clerk of Court**

                           **BY:**

                                                             **Deputy Clerk**