# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 02 2025

1:22-cv-02463-PGG

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand twenty-five.

Trion James,

    Plaintiff - Appellant,

v.

Port Authority of New York and New Jersey, Port Authority Police Department, Edward Cetnar, in his official capacity, Christopher McNerney, in his official capacity,

    Defendants - Appellees,

Does 1-5,

    Defendant.

**ORDER**
Docket No. 25-1107

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/02/2025